IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          **Plaintiff,**<br><br>v.<br><br>MICHAEL HELTON,<br><br>          **Defendant.** | Case No. 22-CR-430-JFH-16 |

**OPINION AND ORDER**

Before the Court is an amended motion to dismiss the superseding indictment [Dkt. No. 120] and felony information [Dkt. No. 345] without prejudice filed by the United States of America ("Government"). Dkt. No. 352.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's amended motion to dismiss [Dkt. No. 352] is GRANTED and the superseding indictment [Dkt. No. 120] and felony information [Dkt. No. 345] are dismissed without prejudice against Defendant Michael Helton.

IT IS FURTHER ORDERED that the Government's original motion to dismiss [Dkt. No. 351] is MOOT.

Dated this 13th day of October 2023.

                                          JOHN F. HEIL, III
                                          UNITED STATES DISTRICT JUDGE